536

*George Whitefield Betts, Jr.,* for respondent.

No. 767. SCHOENTHAL ET AL. *v.* IRVING TRUST CO., TRUSTEE. April 11, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Horace London* for petitioners. *Mr. Saul J. Lance* for respondent.

No. 593. VOSE *v.* U. S. CITIES CORP. See same case, *ante,* p. 523.

No. 654. NALBANTIAN *v.* UNITED STATES. February 23, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Edward H. S. Martin* for petitioner. No appearance for the United States.

No. 594. CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC R. Co. *v.* CAMPBELL RIVER MILLS CO., LTD., ET AL. February 23, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. F. M. Dudley* and *C. S. Jefferson* for petitioner. *Mr. H. C. Brodie* for respondents.

No. 596. ARKANSAS POWER & LIGHT Co. *v.* WEST MEMPHIS POWER & WATER CO. ET AL. February 23, 1932. Petition for writ of certiorari to the Supreme Court of